IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, *Individually, and on behalf of a themselves and all others similarly situated individuals*, TOBY CROSS, *Individually and on behalf of a themselves and all others similarly situated individuals*, and ARTHUR LOPEZ,<br>　　　　Plaintiffs,<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, INC., *a Washington Corporation*, DATA SOLUTIONS, OF AMERICA, INC., *a Florida Corporation*, ELIZABETH M. BLANK, *a Florida Individual*, ENDURANCE WARRANTY SERVICES, *a Illinois Corporation*, KMB STATISTICS, LLC, *a Florida Corporation*, and DOE INDIVIDUALS AND CORPORATIONS 1-100 INCLUSIVE,<br>　　　　Defendants. | Civil Action No. 3:13-CV-5013-M |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Endurance Warranty Services, L.L.C.'s Motion to Dismiss For Lack of Personal Jurisdiction*, filed February 20, 2014 (doc. 10), is **GRANTED**. By separate judgment, all of Plaintiffs' claims against Defendant Endurance Warranty Services, L.L.C. will be **DISMISSED without prejudice**.

1

**SIGNED** this 24th day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS