IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, *Individually, and on behalf of a themselves and all others similarly situated individuals*, TOBY CROSS, *Individually and on behalf of a themselves and all others similarly situated individuals*, and ARTHUR LOPEZ,<br>　　　　Plaintiffs,<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, INC., *a Washington Corporation*, DATA SOLUTIONS, OF AMERICA, INC., *a Florida Corporation*, ELIZABETH M. BLANK, *a Florida Individual*, ENDURANCE WARRANTY SERVICES, *a Illinois Corporation*, KMB STATISTICS, LLC, *a Florida Corporation*, and DOE INDIVIDUALS AND CORPORATIONS 1-100 INCLUSIVE,<br>　　　　Defendants. | Civil Action No. 3:13-CV-5013-M |

**PARTIAL JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. All of the plaintiffs' claims against Defendant Endurance Warranty Services, L.L.C. be **DISMISSED without prejudice**.

2. Pursuant to Fed. R. Civ. P. 54(b), the Court expressly determines that there is no just reason for delay and directs the clerk of the court to enter this as a final judgment for the above-referenced

1

defendant.

3. The taxable costs of court for the above-referenced defendant, as calculated by the clerk of the court, are assessed against Plaintiffs.

4. The clerk of the court shall transmit a true copy of this Partial Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED** this 24th day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**