IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, *Individually, and on behalf of a themselves and all others similarly situated individuals*, TOBY CROSS, *Individually and on behalf of a themselves and all others similarly situated individuals*, and ARTHUR LOPEZ, Plaintiffs, v. COMPACT INFORMATION SYSTEMS, INC., *a Washington Corporation*, DATA SOLUTIONS, OF AMERICA, INC., *a Florida Corporation*, ELIZABETH M. BLANK, *a Florida Individual*, ENDURANCE WARRANTY SERVICES, *a Illinois Corporation*, KMB STATISTICS, LLC, *a Florida Corporation*, and DOE INDIVIDUALS AND CORPORATIONS 1-100 INCLUSIVE, Defendants. | Civil Action No. 3:13-CV-5013-M |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Data Solutions of America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction*, filed January 30, 2015 (doc. 94), is **GRANTED**. By separate judgment, all of Plaintiffs' claims against Defendant Data Solutions of America, Inc. will be **DISMISSED** without prejudice.

SIGNED this 15th day of September, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS