IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, *Individually, and on behalf of a themselves and all others similarly situated individuals*, TOBY CROSS, *Individually and on behalf of a themselves and all others similarly situated individuals*, and ARTHUR LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, INC., *a Washington Corporation*, DATA SOLUTIONS, OF AMERICA, INC., *a Florida Corporation*, ELIZABETH M. BLANK, *a Florida Individual*, ENDURANCE WARRANTY SERVICES, *a Illinois Corporation*, KMB STATISTICS, LLC, *a Florida Corporation*, and DOE INDIVIDUALS AND CORPORATIONS 1-100 INCLUSIVE,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:13-CV-5013-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

KMB Statistics, LLC's defenses are hereby stricken, and the Court finds it to be in default. The plaintiffs are entitled to move for default judgment and shall do so within thirty days of the date of this order.

SO ORDERED this 7th day of August, 2017.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE