IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOBY CROSS and AUTHUR LOPEZ, individually, and on behalf of themselves, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DATA SOLUTIONS OF AMERICA INC., et al,<br><br>Defendants. | Civil Action No. 3:13-cv-05013-M-BH |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 168). The Motion is **GRANTED**. Costs are to be borne by the party incurring same.

**SO ORDERED.**

September 11, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE